# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHOLAS PATRICK,** | Case No. 2:17-cv-00857-EFB (PC) |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **LEAL, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendant's motion to modify the scheduling order is granted. The current pretrial motion deadline is vacated, and the Court will issue a revised scheduling order after Defendants' pending motion to compel discovery has been decided.

**IT IS SO ORDERED.**

Dated: February 26, 2019.

_____
Hon. Edmund F. Brennan